In re HITACHI, LTD., Hitachi America, Ltd., and Hitachi Semiconductor (America) Inc., Petitioners.

No. 711.

United States Court of Appeals, Federal Circuit.

Sept. 24, 2002.

*ORDER*

On September 3, 2002 the court issued an order allowing the parties until Septem-

ber 17, 2002 to file objections to the dismissal of Hitachi's petition for writ of mandamus. No objections have been received by the court.

Upon consideration thereof,

IT IS ORDERED THAT:

Hitachi's petition for writ of mandamus is dismissed as moot.